```
J.M. IRIGOYEN, BAR #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorneys for Plaintiff
BERNADETTE IRIGOYEN
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE IRIGOYEN, personall and on behalf of all similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FIRST GUARANTEE FINANCIAL CORPORATION, WESTCHESTER FUNDING, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAL-WESTERN RECONVEYANCE CORPORATION, and AURORA LOAN SERVICES, LLC,<br><br>  Defendants. | Case No.: 11 cv 1096 AWI MJS<br><br>STIPULATION AND ORDER TO STAY ACTION |

The undersigned parties, by and through their counsel, J.M. Irigoyen for Bernandette Irigoyen (**plaintiff**) and Akerman Senterfitt LLP for defendants Aurora Loan Services LLC (**Aurora**) and Mortgage Electronic Registration Systems, Inc. (**MERS**), (collectively **defendants**), have agreed to enter into the following stipulation in connection with plaintiff's complaint and motion for preliminary injunction, and to this end request the Court approve the following terms of the stipulation:

  1.  That the Court enter an order staying all

proceedings in this case for a period of 45 days, starting from July 28, 2011 for the purpose of attempting resolution of the case;

2.   That the stay would serve to postpone hearing on the Court's calendar regarding the Order to Show Cause re: Preliminary Injunction be continued from August 29, 2011 to September 12, 2011 in Courtroom 2 at 1:30 p.m.;

3.   That the temporary restraining order issued on July 5, 2011, shall remain in full force and effect until the hearing on the Order to Show Cause re: Preliminary Injunction;

4.   That the stay would serve to postpone Aurora's time to file and serve its opposition to the Order to Show Cause re: Preliminary Injunction be extended from August 1, 2011 to August 26 2011;

5.   That the stay will serve to postpone the time for plaintiff to file and serve her reply in support of her request for a Preliminary Injunction be extended from August 15, 2011 up to and including September 6, 2011.

6.   That Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc. accept service of the complaint as of the date of this stipulation and that Aurora and MERS shall have up to and include September 12, 2011 to file its response to the complaint.

//

```
 1  Dated: July 28, 2011                    J.M. IRIGOYEN LAW CORPORATION
 2
 3
                                            s/J.M. Irigoyen
 4                                          Attorney for Plaintiff
                                            Bernadette Irigoyen
 5
 6
    Dated: July 28, 2011                    AKERMAN SENTERFITT LLP
 7
 8
                                            s/Victoria Edward
 9                                          Attorney for Defendants
                                            AURORA LOAN SERVICES LLC AND
                                            MORTGAGE ELECTRONIC
10                                          REGISTRATION SYSTEMS, INC
11
12
                                  **ORDER**[1]
13
    IT IS SO ORDERED.
14
    Dated:     August 1, 2011            _____
15                                          CHIEF UNITED STATES DISTRICT JUDGE
```

---

[1] Plaintiff shall serve a copy of this order on all Defendants.