```
J.M. IRIGOYEN, BAR #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorneys for Plaintiff
BERNADETTE IRIGOYEN
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE IRIGOYEN, personall and on behalf of all similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIRST GUARANTEE FINANCIAL CORPORATION, WESTCHESTER FUNDING, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAL-WESTERN RECONVEYANCE CORPORATION, and AURORA LOAN SERVICES, LLC,<br><br>    Defendants. | Case No.: 11 cv 1096 AWI<br><br>STIPULATION AND ORDER TO CONTINUE STAY FOR 45 DAYS |

The undersigned parties, by and through their counsel, J.M. Irigoyen for Bernandette Irigoyen (**plaintiff**) and Akerman Senterfitt LLP for defendants Aurora Loan Services LLC (**Aurora**) and Mortgage Electronic Registration Systems, Inc. (**MERS**), (collectively **defendants**), have agreed to enter into the following stipulation in connection with plaintiff's complaint and motion for preliminary injunction, and to this end request the Court approve the following terms of the stipulation:

    1.    That the Court continue to stay all proceedings

1 in this case for an additional period of 45 days, starting from
2 September 12, 2011 to October 24, 2011 for the purpose of
3 attempting resolution of the case;
4     2.   That the stay would serve to postpone hearing on
5 the Court's calendar regarding the Order to Show Cause re:
6 Preliminary Injunction be continued from September 12, 2011 to
7 October 24, 2011 in Courtroom 2 at 1:30 p.m.;
8     3.   That the temporary restraining order issued on July
9 5, 2011, shall remain in full force and effect until the hearing
10 on the Order to Show Cause re: Preliminary Injunction;
11     4.   That the stay will serve to postpone the time
12 for plaintiff to file and serve her reply in support of her
13 request for a Preliminary Injunction be extended from September 6,
14 2011 up to and including October 17, 2011.
15     5.   That Aurora Loan Services LLC and Mortgage
16 Electronic Registration Systems, Inc. shall have up to and include
17 October 24, 2011 to file its response to the complaint.
18
19 Dated: September 8, 2011         J.M. IRIGOYEN LAW CORPORATION
20
21                                       s/J.M. Irigoyen
                                      Attorney for Plaintiff
22                                       Bernadette Irigoyen
23
24 Dated: September 8, 2011         AKERMAN SENTERFITT LLP
25                                       s/Victoria Edwards
26                                       Attorney for Defendants
                                      AURORA LOAN SERVICES LLC AND
27                                       MORTGAGE ELECTRONIC
                                      REGISTRATION SYSTEMS, INC
28

**IT IS SO ORDERED.**

Dated:     September 8, 2011
                                   CHIEF UNITED STATES DISTRICT JUDGE