FILED

SEP 03 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE IRIGOYEN,<br><br>**Plaintiff**<br><br>v.<br><br>**FIRST GUARANTEE FINANCIAL CORP., et al.,**<br><br>**Defendant** | CASE NO. 1:11-CV-1096 AWI BAM<br><br>**ORDER FOR FUNDS HELD IN THE COURT REGISTRY TO BE MOVED TO UNCLAIMED FUNDS** |

On July 6, 2011, the Court granted Plaintiff's motion for a temporary restraining order. See Doc. No. 11. As part of that order, the Court set a security in the amount of $2,500.00, per Rule 65(c). See id. On October July 7, 2011, Plaintiff deposited the security into the Court's registry. On December 9, 2011, the Court dismissed and closed this case in light of Plaintiff's bankruptcy. See Doc. No. 28. It has come to the attention of the Court that the $2,500 security was not disbursed and remains in the Court's registry.

Nearly four years have passed since the closing of this case, and no party has contacted the Court regarding the $2,500.00. However, the security was posted by the Plaintiff's attorney, J.M. Irigoyen and his law firm.[1] It is the Court's understanding that Mr. Irigoyen is now deceased, and that his law firm has more or less wound down.

---

[1] It is believed that Plaintiff and Mr. Irigoyen were family.

It is unclear to the Court who precisely supplied the funds for the $2,500.00, either Plaintiff, Mr. Irigoyen, or Mr. Irigoyen's law firm. Furthermore, given the apparent status of Mr. Irigoyen's firm, there is no longer a valid address to send any funds. In short, it is unknown both who is entitled to the $2,500.00 and where the $2,500 should be sent. Because it is unknown who precisely is entitled to the $2,500.00 security, and considering the passage of time, the Court finds it appropriate to order the transfer of the $2,500.00, plus any interest that has accrued, to the Court's Unclaimed Funds Account.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall transfer Plaintiff's $2,500.00 security, plus all accrued interest, to the Court's Unclaimed Funds Account.

IT IS SO ORDERED.

_____          9-3-15
Anthony W. Ishii, Senior District Judge          Date